TIMOTHY O'DRISCOLL, PROSECUTOR-RESPONDENT, v. FRED E. B. SCOTT ET AL., DEFENDANTS-APPELLANTS.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellants, *William Newcorn.*

For the respondents, *Saul Nemser.*

PER CURIAM.

As to the merits of the original decision, we concur in the result reached by the Supreme Court, and for the reasons given in the *per curiam* opinion of that court.

Application was made in the Supreme Court for a rehearing, on the ground, in substance, of newly discovered evidence to show what the evidence before the original trial body had been; and that application was denied. A reversal of that denial is now sought in this court. We need only say that the granting or refusal of a rehearing was a matter wholly within the discretion of the Supreme Court, and is not reviewable here.

The judgment of the Supreme Court is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.